IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM EMERY FODOR,
Appellant,
vs.
JO GENTRY, WARDEN; JAMES
DZURENDA, DIRECTOR, NDOC; AND
THE STATE OF NEVADA,
Respondents.

No. 75788

FILED

DEC 17 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Appellant William Emery Fodor challenged the computation of time served on his judgment of conviction, arguing that the credits he earned under NRS 209.4465 should be applied to the minimum term of his sentence as provided in NRS 209.4465(7). Because a parole hearing would be the only relief available if the Department of Corrections had not properly applied credits to Fodor's minimum term and it appeared that Fodor may have been paroled while this appeal was pending, this court ordered a response from the State as to his custody status. The State responded and provided documentation showing that Fodor has been paroled from his final sentence. We therefore cannot grant Fodor any

---

[1]Having considered the pro se brief filed by appellant, we conclude that a response is not necessary. NRAP 46A(c). This appeal therefore has been submitted for decision based on the pro se brief and the record. *See* NRAP 34(f)(3).

21-35987

further relief on his computation claim. *Williams v. State, Dep't of Corrs.*, 133 Nev. 594, 600 n.7, 402 P.3d 1260, 1265 n.7 (2017) ("Because the application of credits under NRS 209.4465(7)(b) only serves to make an offender eligible for parole earlier, no relief can be afforded where the offender has already expired his sentence or appeared before the parole board on the sentence." (citation omitted)). Accordingly, we

ORDER the judgment of the district court AFFIRMED.[2]

_____, C.J.
Hardesty

_____, J.              _____, Sr.J.
Herndon                                Gibbons

cc:      Hon. Linda Marie Bell, Chief Judge
         William Emery Fodor
         Attorney General/Carson City
         Eighth District Court Clerk

---

[2]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.